UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ROBERT MARTIN,**

    **Plaintiff,**

    v.                                     Case No. 2:15-cv-1112
                                           JUDGE GREGORY L. FROST
                                           Magistrate Judge Terence P. Kemp

**ARAMARK FOOD CORP., et al.,**

    **Defendants.**

## ORDER

On July 16, 2015, this Court filed an Order in which it ordered Plaintiff to submit the $400.00 filing fee within thirty days of that Order. (ECF No. 15.) The Court cautioned Plaintiff that "[i]f he fails to pay the filing fee as directed, this action will be dismissed and will not be reinstated even upon subsequent payment of the filing fee." (*Id.* at Page ID # 87.)

Over thirty days has since passed, and Plaintiff has failed to pay the filing fee. Therefore, the Court **DISMISSES** this case for want of prosecution. The Clerk shall enter judgment accordingly and terminate this case on the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

    **IT IS SO ORDERED.**

                                                           /s/ Gregory L. Frost
                                                      GREGORY L. FROST
                                                      UNITED STATES DISTRICT JUDGE